IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WALTER H. HOLLOWAY,

        Plaintiff,

vs.

MARIA HOLLOWAY,

        Defendant.

8:21CV334

**MEMORANDUM AND ORDER**

This matter is before the Court on correspondence from the Plaintiff, which the Court has docketed as a motion. Filing No. 23. Plaintiff's motion includes a bankruptcy Form 24 "Certification to Court of Appeals by All Parties" containing nonsensical, handwritten notations by Plaintiff which, among other things, accuse Judge Richard G. Kopf of "set[ting] up Judge Holloway for multiple cases that 'He' thinks he can not [sic] solve!" Id. at 1. Plaintiff's motion also includes a copy of a letter from "Capitol One" to a "Ronald E. Cleveland," a "Justia" printout of general docket information for the present case, a financial statement for Siena Francis House, and a listing of unspecified "maximum transcript rates." Id. at 3–6.

The Court cannot discern what relief, if any, Plaintiff is seeking from the Court. This case was dismissed with prejudice as frivolous on September 22, 2021. Filing No. 7; Filing No. 8. To the extent Plaintiff's motion may be construed as seeking relief from the Court's judgment of dismissal, Plaintiff has not demonstrated any grounds for warranting such relief. Accordingly, Plaintiff's motion is denied.

Additionally, the Court admonishes Plaintiff to refrain from filing any other materials in this case as this matter is closed. The Court will not take any action on any

further correspondence or other documents filed in this case that do not comply with federal and the Court's local pleading rules and do not clearly specify the relief sought. This Court is well aware of Plaintiff's propensity for filing frivolous lawsuits[1] as well as extraneous supplemental pleadings, motions, correspondence, and other materials, which resulted in the Court imposing filing restrictions on Plaintiff on December 17, 2020, limiting him to filing one pro se, in forma pauperis complaint per month. Filing No. 6, Case No. 8:20CV490. Thus, the Court will not expend its limited resources addressing any more of Plaintiff's incomprehensible filings in this, or any other, closed case.

IT IS THEREFORE ORDERED that: Plaintiff's correspondence, Filing No. 23, construed as a motion, is denied. The Court will not take any action on future materials filed in this case that do not comply with pleading rules and do not clearly specify the relief sought. This matter is closed and Plaintiff should not file any additional materials in this case.

Dated this 2nd day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

---

[1] Since 2018, Plaintiff has filed at least twenty-three pro se, in forma pauperis cases, none of which has passed initial review under 28 U.S.C. § 1915(e)(2) so as to be able to proceed to service of process. *See, e.g.*, Filing No. 9 at 3 n.2, Case No. 8:21CV207 (listing a sampling of cases dismissed as frivolous).